ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| ECC-RMA, LLC ) | ASBCA Nos. 58315, 58316, 58317 |
| ) | 58318, 58319, 58320 |
| ) | 58549 |
| Under Contract No. W912PL-10-D-0037 ) | |

APPEARANCE FOR THE APPELLANT:    Kevin J. Kelly, Esq.
                                 Corporate Counsel

APPEARANCES FOR THE GOVERNMENT:  Thomas H. Gourlay, Jr., Esq.
                                 Engineer Chief Trial Attorney
                                 John F. Bazan, Esq.
                                 Engineer Trial Attorney
                                 U.S. Army Engineer District, Los Angeles

ORDER OF DISMISSAL

On 17 July 2014, the parties filed a Joint Stipulation of Dismissal, stating that these appeals have been settled and all sums payable under the settlement agreement have been made.

WHEREFORE, ASBCA Nos. 58315, 58316, 58317, 58318, 58319, 58320, 58549 are hereby dismissed with prejudice.

Dated:  21 July 2014

JACK DELMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 58315, 58316, 58317, 58318, 58319, 58320, 58549, Appeals of ECC-RMA, LLC, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals